# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MASSEY ALLEN,<br><br>　　　　　Defendant. | CASE NO. 8:22CR163<br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

　(1)　The defendant affirms receiving a copy of the indictment

　(2)　The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

　(3)　The defendant pleads not guilty to all counts of the indictment.

_____	_____
Defendant	Date  8-1-22

_____	_____
Attorney for Defendant	Date  8-1-22

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this  1st  day of  August , 2022.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT